| | |
|---|---|
| **From:** | WIEDdb_Clerks_Milw |
| **To:** | Amanda Chasteen |
| **Subject:** | FW: Fee Exemption Request |
| **Date:** | Wednesday, March 11, 2026 9:49:29 AM |

**From:** Kevin Mathewson <kevin@kenoshacountyeye.com>
**Sent:** Wednesday, March 11, 2026 12:21 AM
**To:** WIEDdb_Clerks_Milw <WIED_Clerks_Milw@wied.uscourts.gov>
**Subject:** Fee Exemption Request

**CAUTION - EXTERNAL:**

Kevin Mathewson
Editor, Kenosha County Eye
620 56th St
Kenosha, WI 53140
kevin@kenoshacountyeye.com
262-237-8501

PACER Username: kevinm4582

PACER Administrator
U.S. District Court for the Eastern District of Wisconsin

Dear PACER Administrator:

I respectfully request a fee exemption from PACER charges pursuant to the Electronic Public Access Fee Schedule, which authorizes exemptions when they are necessary to avoid unreasonable burdens and when granting the exemption would promote public access to information concerning the federal judiciary.

I am the Editor of *Kenosha County Eye*, an investigative news publication covering government, courts, and law enforcement in Kenosha County, Wisconsin. The publication reaches approximately 1,000,000 readers each month. My reporting has been cited by media outlets and referenced in top-tier law review articles examining issues of transparency, public records law, and government accountability.

My work regularly requires reviewing federal court filings in order to accurately report on matters of significant public interest. Access to PACER records allows me to inform the public about federal litigation, judicial proceedings, and cases involving public officials or matters affecting the community.

Consistent with the criteria set forth in the Electronic Public Access Fee Schedule, granting this request would promote public understanding of the judicial process and would avoid an unreasonable financial burden associated with ongoing journalistic reporting on federal court

activity. The records obtained through PACER are used solely for journalistic purposes to increase public access to and understanding of the federal courts. They are not obtained for commercial resale or redistribution of court records.

Through Kenosha County Eye, federal court activity is regularly explained and reported to a broad readership that relies on the publication for coverage of government and judicial matters. Granting this exemption would facilitate continued reporting on federal court proceedings for the benefit of the public.

Thank you for your time and consideration.

Sincerely,


--


Kevin Mathewson - Editor,  Investigative Journalist

Kenosha County Eye

620 56th St

Kenosha, WI 53140

kevin@kenoshacountyeye.com

262-237-8501

Twitter: KenoshaCtyEye

www.kenoshacountyeye.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.