UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:      APPLICATION FOR EXEMPTION      Case No. 26-mc-13
FROM ELECTRONIC PUBLIC
ACCESS FEES BY KEVIN MATHEWSON

Kevin Mathewson has applied for an exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States.

The court finds that in requesting the exemption for journalistic purposes, Kevin Mathewson, as the editor of the Kenosha County Eye, does not fall within the class of users listed in the fee schedule as being eligible for a fee exemption. Section (9) of the Electronic Public Access Fee Schedule states, "Courts should not . . . exempt individuals or groups that have the ability to pay the statutorily established access fee. Examples of individuals and groups that a court should not exempt include: . . . members of the media . . ."

The court **DENIES** Kevin Mathewson's request for an exemption, and **ORDERS** that Kevin Mathewson **IS NOT** exempt from the payment of fees incurred in connection with use of the PACER system in this court.

Dated in Milwaukee, Wisconsin this 12th day of March, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**

1